UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KATHERINE J. HOOT, personal representative of the Estate of Alexander T. Aneiro (deceased),<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA; DEPARTMENT OF VETERANS AFFAIRS; MANN-GRANDSTAFF VA MEDICAL CENTER; and JOHN AND JANE DOES 1 - 10,<br><br>　　　　　Defendants. | NO: 2:22-CV-0162-TOR<br><br>ORDER OF DISMISSAL |

Federal Rule of Civil Procedure 4(m) provides that a summons and complaint must be served upon each defendant within 90 days of filing. Rule 4(m) also governs the procedure that a district court must follow in the event that service is not completed within 90 days:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be

ORDER OF DISMISSAL ~ 1

made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). Because of this strict requirement, the Local Civil Rules for this District provide that "plaintiff shall promptly file proof of service of the summons and complaint with the Clerk of Court after service has been accomplished." LCivR 4(l). Plaintiff has not complied with Local Civil Rule 4(l).

According to Federal Rule of Civil Procedure Rule 4(i)(1):

To serve the United States, a party must:

(A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought—or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk—or
   (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;
(B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and
(C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.

On July 1, 2022, a Complaint was filed in this case. ECF No. 1. That was approximately 138 days ago. On November 3, 2022, this Court entered an Order to Show Cause why this case should not be dismissed for failure to timely serve the Summons and Complaint upon each Defendant. Plaintiff has not shown compliance with Rule 4(i)(1).

ORDER OF DISMISSAL ~ 2

Plaintiff's response to the Order to Show Cause seeks an additional 30 days to file an amended complaint and effectuate service. ECF No. 4 at 5. Plaintiff gives several reasons why the Complaint was not served but none of which constitute "good cause" or "excusable neglect". Service upon the United States can be accomplished by merely mailing the summons and complaint to three offices by "registered or certified mail".

**ACCORDINGLY, IT IS HEREBY ORDERED:**

All claims and causes of action in this matter are **DISMISSED** without prejudice.

The District Court Executive is hereby directed to enter this Order and Judgment accordingly, furnish copies to counsel of record, and **CLOSE** the file.

DATED November 16, 2022.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL ~ 3