AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Eastern District of Washington

KATHERINE J. HOOT, personal representative of the
Estate of Alexander T. Aneiro (deceased),

_____

*Plaintiff*

v.

UNITED STATES OF AMERICA; DEPARTMENT OF
VETERANS AFFAIRS; MANN-GRANDSTAFF
VA MEDICAL CENTER; et. al.,

_____

*Defendant*

)
)
)
)
)
)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 16, 2022

SEAN F. McAVOY, CLERK

Civil Action No.   2:22-CV-0162-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   All claims and causes of action in this matter are DISMISSED without prejudice for failure to serve.  (See Order at ECF
No. 5).

This action was *(check one)*:

❐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge   THOMAS O. RICE _____

on Plaintiff's failure to comply with Rule 4(m). (See Order at ECF No. 5).

Date:   November 16, 2022_____

CLERK OF COURT

SEAN F. McAVOY

*s/ B. Fortenberry*
_____
*(By) Deputy Clerk*

B. Fortenberry